Monday, November 23, 2020 at 11:09:55 Eastern Standard Time

**Subject:** RE: Rasnick v. Morrison, et al - Proposed First Amended Complaint
**Date:** Monday, November 23, 2020 at 10:43:50 AM Eastern Standard Time
**From:** Philip Hiltner
**To:** Christopher Olson

Yes, you may file.

Philip J. Hiltner
Assistant Corporation Counsel
City of Detroit Law Department
2 Woodward Ave., Ste. 500
Detroit, MI 48224
(313) 237-6390

---

**From:** Christopher Olson [mailto:colson@olsonpllc.mygbiz.com]
**Sent:** Monday, November 23, 2020 9:03 AM
**To:** Philip Hiltner <hiltnerp@detroitmi.gov>
**Subject:** [EXTERNAL] FW: Rasnick v. Morrison, et al - Proposed First Amended Complaint

Phil:

May we file the FAC?  Please advise.

CHRISTOPHER S. OLSON
OLSON PLLC
32121 WOODWARD AVENUE
SUITE 300
ROYAL OAK, MICHIGAN 48073
(248) 672-7368
WWW.OLSONPLLC.COM

---

**From:** Christopher Olson <colson@olsonpllc.mygbiz.com>
**Date:** Friday, November 20, 2020 at 11:04 AM
**To:** hiltnerp@detroitmi.gov <hiltnerp@detroitmi.gov>
**Subject:** Rasnick v. Morrison, et al - Proposed First Amended Complaint

Hi Phil:

Attached is the proposed First Amended Complaint that we discussed.  Please let me know if you consent to filing it.

Sincerely,

CHRISTOPHER S. OLSON

OLSON PLLC
32121 WOODWARD AVENUE
SUITE 300
ROYAL OAK, MICHIGAN 48073
(248) 672-7368
[WWW.OLSONPLLC.COM](WWW.OLSONPLLC.COM)

---

**ATTENTION: This email was sent from an external source. Please be extra cautious when opening attachments or clicking links.**