UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DEANNA RASNICK,<br>DEVONNA BARRY and<br>AMADO MARTINEZ<br>Plaintiffs,<br><br>v.<br><br>CITY OF DETROIT POLICE<br>OFFICER WILLIAM MORRISON,<br>CITY OF DETROIT POLICE<br>OFFICER SAMUEL GALLOWAY,<br>CITY OF DETROIT POLICE<br>SGT. MARCUS WAYS<br>SGT. SAMUEL MACKEY<br>SGT. DETRICK MOTT<br>CITY OF DETROIT POLICE<br>OFFICER JOHN DOE #1,<br>CITY OF DETROIT POLICE<br>OFFICER JOHN DOE #2,<br>CITY OF DETROIT POLICE<br>OFFICER JOHN DOE #3,<br>CITY OF DETROIT POLICE<br>OFFICER JOHN DOE #4,<br>CITY OF DETROIT POLICE<br>OFFICER JOHN DOE #5,<br>CITY OF DETROIT POLICE<br>OFFICER JOHN DOE #6,<br>CITY OF DETROIT POLICE<br>OFFICER JOHN DOE #7,<br>Defendants. | Case No. 20-cv-12069<br><br>Hon. Linda V. Parker |

_____/

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Deanna Rasnick ("Rasnick"), Devonna Barry and Amado Martinez ("Martinez"), by and through their attorneys, Olson PLLC, give notice that they dismiss, without prejudice and without costs, all claims against the following enumerated Defendants, who each have not filed an answer or motion for summary judgment:

1. Johnny Fox;
2. Nico Hurd;
3. Alana Mitchell;
4. Roy Harris; and
5. Samuel Pionessa.

Respectfully submitted,

Olson PLLC

/s/ Christopher S. Olson
Christopher S. Olson (P58780)
32121 Woodward Avenue
Suite 300
Royal Oak, Michigan 48073
(248) 672-7368
colson@olsonpllc.mygbiz.com
*Attorneys for Plaintiffs*

December 17, 2020
Detroit, Michigan