UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANNA RASNICK, et al.,

     Plaintiffs,

v.

                                     Civil Case No. 20-12069
                                     Honorable Linda V. Parker

CITY OF DETROIT POLICE, et al.,

     Defendants.
_____/

## ORDER

On July 31, 2020, Plaintiffs, with the assistance of counsel, filed this civil rights action against Defendants. The matter is presently before the Court on Plaintiffs' counsel's motion to withdraw as counsel for Plaintiff Deanna Rasnick, filed July 23, 2021. (ECF No. 22.)

In the motion, counsel indicates that there has been a breakdown in the attorney-client relationship due to Ms. Rasnick's failure to respond to counsel's communications since May 21, 2021. Counsel does not indicate whether Plaintiff consents to counsel's withdraw or whether Plaintiff has been served with a copy of the motion.

Accordingly,

1

2

**IT IS ORDERED** that a hearing via video conference is scheduled on the motion to withdraw before the Honorable Linda V. Parker on **August 24, 2021 at 12:00 p.m**. The conference information is listed below:

https://www.zoomgov.com/j/1601459743?pwd=NGZqdENZSFJqVENpWTQ1SzdCalpvQT09
Meeting ID: 160 145 9743
Passcode: 627222

**IT IS FURTHER ORDERED** that **Plaintiff shall appear** at the hearing and **may do so by video conference using the link above OR by calling: US: +1 669 254 5252 or +1 646 828 7666 or +1 669 216 1590 or +1 551 285 1373 and using Webinar ID 160 145 9743**.

**IT IS FURTHER ORDERED** Plaintiffs' counsel shall serve a copy of the motion to withdraw and this Order on Plaintiff Deanna Rasnick at least **fourteen (14) days** prior to the hearing.

**IT IS SO ORDERED.**

                                             s/ Linda V. Parker
                                             LINDA V. PARKER
                                             U.S. DISTRICT JUDGE

Dated: July 26, 2021