UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Deanna Rasnick, et al.,

                      Plaintiff(s),

v.                                     Case No. 2:20–cv–12069–LVP–APP
                                                                  Hon. Linda V. Parker

William Morrison, et al.,

                      Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before Magistrate Judge Anthony P. Patti at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 672. The following motion(s) are scheduled for hearing:

    Motion to Compel – #28

- RESOLVED/UNRESOLVED ISSUES DEADLINE: October 22, 2021

- MOTION HEARING: October 28, 2021 at 10:30 AM

**ADDITIONAL INFORMATION:** Please see Magistrate Judge Anthony P. Patti's practice guidelines for Settlement Conferences, which can be found at, http://www.mied.uscourts.gov/ .

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                           By: s/M Williams
                                                              Case Manager

Dated: September 20, 2021