UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANNA RASNICK,
DEVONNA BARRY, and                          Case No.: 2:20-cv-12069
AMADO MARTINEZ                              Hon. Linda V. Parker

     Plaintiffs,

-vs-

CITY OF DETROIT POLICE
OFFICER WILLIAM MORRISON,
CITY OF DETROIT POLICE
OFFICER SAMUEL GALLOWAY,
CITY OF DETROIT POLICE
SGT. MARCUS WAYS,
SGT. SAMUEL MACKEY,
SGT. DETRICK MOTT,
CITY OF DETROIT POLICE OFFICER JOHN DOE #1,
CITY OF DETROIT POLICE OFFICER JOHN DOE #2,
CITY OF DETROIT POLICE OFFICER JOHN DOE #3,
CITY OF DETROIT POLICE OFFICER JOHN DOE #4,
CITY OF DETROIT POLICE OFFICER JOHN DOE #5,
CITY OF DETROIT POLICE OFFICER JOHN DOE #6,
CITY OF DETROIT POLICE OFFICER JOHN DOE #7,

     Defendants.

_____/

## STIPULATION OF DISMISSAL

Plaintiff Deanna Rasnick and all Defendants hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff Deanna Rasnick's claims in this this action be dismissed with prejudice as to all claims, causes of action, and parties, with Deanna Rasnick and all Defendants bearing that party's own attorney's fees and costs.  The claims of Devonna Barry and Amado Martinez are expressly not dismissed herein.

Dated: 10/8/2021

Olson PLLC

/s/ Christopher S. Olson
Christopher S. Olson (P58780)
32121 Woodward Avenue
Suite 300
Royal Oak, Michigan 48073
(248) 672-7368
(248) 415-6263 Facsimile
colson@olsonpllc.mygbiz.com
*Attorney for Plaintiff Deanna Rasnick*

City of Detroit Law Department

/s/ Phillip Hiltner
Phillip Hiltner
2 Woodward Avenue
Suite 500
Detroit, Michigan 48226-5431
(313) 237-6390
hiltnerp@detroitmi.gov
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANNA RASNICK,
DEVONNA BARRY, and                          Case No.: 2:20-cv-12069
AMADO MARTINEZ                              Hon. Linda V. Parker

      Plaintiffs,

-vs-

CITY OF DETROIT POLICE
OFFICER WILLIAM MORRISON,
CITY OF DETROIT POLICE
OFFICER SAMUEL GALLOWAY,
CITY OF DETROIT POLICE
SGT. MARCUS WAYS,
SGT. SAMUEL MACKEY,
SGT. DETRICK MOTT,
CITY OF DETROIT POLICE OFFICER JOHN DOE #1,
CITY OF DETROIT POLICE OFFICER JOHN DOE #2,
CITY OF DETROIT POLICE OFFICER JOHN DOE #3,
CITY OF DETROIT POLICE OFFICER JOHN DOE #4,
CITY OF DETROIT POLICE OFFICER JOHN DOE #5,
CITY OF DETROIT POLICE OFFICER JOHN DOE #6,
CITY OF DETROIT POLICE OFFICER JOHN DOE #7,

      Defendants.

_____/

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT PLAINTIFF DEANNA RASNICK'S CLAIMS BE, AND HEREBY ARE, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The claims of Devonna Barry and Amado Martinez are expressly not dismissed by this Order of Dismissal.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: October 8, 2021