UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

~~DEANNA RASNICK~~,
DEVONNA BARRY, and                    Case No.: 2:20-cv-12069
AMADO MARTINEZ                         Hon. Linda V. Parker

      Plaintiffs,

-vs-

WILLIAM MORRISON,
SAMUEL GALLOWAY,
SGT. MARCUS WAYS,
SGT. SAMUEL MACKEY,
SGT. DETRICK MOTT,

      Defendants.
_____/

| | |
|---|---|
| Christopher S. Olson (P58780) | Philip J. Hiltner (P77913) |
| Olson PLLC | Raymond Garant (P79349) |
| Attorney for Plaintiffs | Krystal A. Crittendon (P49981) |
| 32121 Woodward Ave., Ste. 300 | City of Detroit Law Department |
| Royal Oak, MI 48073 | Attorneys for Defendants |
| (248) 672-7368 | 2 Woodward Ave., Ste. 500 |
| | Detroit, MI 48226 |
| | (313) 237-6390 |
| | hiltnerp@detroitmi.gov |

_____/

**INDEX OF EXHIBITS FOR
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit A   Homicide Incident/Investigation Report

Exhibit B   3647 Clippert Search Warrant 1

Exhibit C   3640 Clippert Search Warrant 1

Exhibit D   3640 Clippert Search Incident Report

1

| | |
|---|---|
| Exhibit E | 3647 Clippert Search Incident Report |
| Exhibit F | Ways Deposition Transcript |
| Exhibit G | Mott Deposition Transcript |
| Exhibit H | Mackie Deposition Transcript |
| Exhibit I | 3647 Clippert Search Warrant 2 |
| Exhibit J | 24 Hour Information Sheet |
| Exhibit K | Felony Information |
| Exhibit L | Preliminary Exam Transcript |
| Exhibit M | Evidence Reports |
| Exhibit N | Drug Asset Forfeiture Form |
| Exhibit O | Defendant's Responses to Plaintiffs' Second Requests for Documents |
| Exhibit P | Martinez Deposition Transcript |
| Exhibit Q | Trial Transcript |
| Exhibit R | *Franks* Motion |
| Exhibit S | *Franks* Hearing Transcript |
| Exhibit T | Barry Deposition Transcript |