# DRUG ASSET FORFEITURE / NUISANCE ABATEMENT / OMNIBUS FORFEITURE
## Notice of Seizure and Intent to Forfeit

Revised 04/01/1

| Seizing Law Enforcement Agency: Detroit Police | Incident No.: 1707ZZ0046 | Date of Seizure: 8-8-17 | Claim Deadline: 8-28-17 |
|---|---|---|---|
| Seizing Agency Address/Zip Code: 2121 W. Fort | Telephone No.: | Officer in Charge: | |
| Location Where Property Seized: 3647 Clippert | City: Detroit | State / Zip: MI / 48210 | |

| List All Assets Seized (e.g., vehicles, currency, other personal property) | Evidence Tag # | Approx. Value |
|---|---|---|
| $2,000 US Currency  20x$100 | | $2,000 |
| | | |
| | | |
| | | |
| | | |

If a vehicle was seized, was a VEHICLE SEIZURE FORM served? [ ] Yes [X] No

## CLAIM PROCEDURES (Check One). All forfeiture matters are separate from any criminal proceeding.

[X] **DRUG ASSET FORFEITURE (VIOLATIONS OF THE CONTROLLED SUBSTANCES ACT)**
You are hereby notified that the property described above was seized and is subject to forfeiture pursuant to MCL 333.7521, et seq. If you decide to claim an interest to challenge the forfeiture of the seized property you must file a written notice of claim within 20 days of receiving service of this notice with the seizing police agency. If you file your claim, the police will refer the case to the Wayne County Prosecutor's Office Asset Forfeiture Unit, 1441 St. Antoine 12th Floor, Detroit, Michigan. You may thereafter contact the Asset Forfeiture Unit at (313) 224-5831 to discuss your case. The drug asset forfeiture statute does not provide for out-of-court settlements between the claimant and police agency. **Failure to file a written notice of claim of interest within 20 days shall result in your loss of ownership of the listed property causing it to be administratively forfeited and disposed of according to law.**

[ ] **NUISANCE ABATEMENT (VIOLATIONS OF THE NUISANCE ACT AND COMMON LAW)**
You are notified that the property described above was seized pursuant to MCL 600.3801, et seq. and/or common law nuisance for being used for the purpose of lewdness, assignation, solicitation for prostitution or gambling, or used by, or kept for the use of, prostitutes other disorderly persons or used for the unlawful manufacture, storing, transporting, sale, keeping for sale, giving away, bartering, or furnishing of any controlled substance or any intoxicating liquors as defined by statute. If you decide to claim an interest in the seized property you must file a written notice of claim within 30 days of receiving service of this notice with the police agency. If you file a written claim, the police will refer the case to the Wayne County Prosecutor's Office Asset Forfeiture Unit, 1441 St. Antoine, 12th Floor, Detroit, Michigan. You may thereafter contact the Asset Forfeiture Unit at (313) 224-5831 to discuss your case. **Failure to file a claim within 30 days shall cause the property to be abated/forfeited and disposed of according to law.**

[ ] **OMNIBUS FORFEITURE**
You are notified that the property described above is subject to forfeiture pursuant to the Omnibus Forfeiture Act, MCL 600.4701, et seq. **You are not required to do anything further at this time to claim an interest in the seized property.** A civil forfeiture matter may follow the criminal proceeding which will require further process of which you will be notified. You and/or your attorney may be contacted by the Wayne County Prosecutor's Office Asset Forfeiture Unit or an officer of the seizing agency or you may call the WCPO Asset Forfeiture Unit at (313) 224-5831 to further discuss the property seizure and civil forfeiture matter.

## PROOF OF SERVICE

I served a copy of this Notice of Seizure and Intent to Forfeit upon

| Person Served: Amado Rosado Martinez | Date Served: 8-8-17 | Date of Birth: 5-15-76 | How Served: Certified Mail [ ]  In Person [X]  Publication [ ] |
|---|---|---|---|
| Address, Number & Street: 3647 Clippert | City & State: Detroit MI | Zip: 48210 | (313)948-8106 |
| refused | | | |
| Sgt Petrusza | 8-8-17 | | PO (sig) |