UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEVONNA BARRY, and<br>AMADO MARTINEZ | Case No.: 2:20-cv-12069<br>Hon. Linda V. Parker |
| Plaintiffs, | |
| -vs- | |
| WILLIAM MORRISON,<br>SAMUEL GALLOWAY,<br>SGT. MARCUS WAYS,<br>SGT. SAMUEL MACKEY,<br>SGT. DETRICK MOTT, | |
| Defendants. | |

_____/

| | |
|---|---|
| Christopher S. Olson (P58780)<br>Olson PLLC<br>Attorney for Plaintiffs<br>32121 Woodward Ave., Ste. 300<br>Royal Oak, MI 48073<br>(248) 672-7368 | Philip J. Hiltner (P77913)<br>Raymond Garant (P79349)<br>Krystal A. Crittendon (P49981)<br>City of Detroit Law Department<br>Attorneys for Defendants<br>2 Woodward Ave., Ste. 500<br>Detroit, MI 48226<br>(313) 237-6390<br>hiltnerp@detroitmi.gov |

_____/

## STIPULATED ORDER OF DISMISSAL

This matter coming before the Court upon stipulation of the undersigned counsel for entry of an order dismissing this action, the Court being advised in the premises,

**IT IS HEREBY ORDERED:** This action is dismissed with prejudice and without costs and without attorney fees to any party.

IT IS SO ORDERED.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: June 27, 2022

**SO STIPULATED:**

| | | |
|---|---|---|
| /s/ *Christopher S. Olson* (with consent) | /s/ | *Philip J. Hiltner* |
| Christopher S. Olson (P58780) | | Philip J. Hiltner (P77913) |
| Attorney for Plaintiffs | | Attorney for Defendants |